# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED
JUN 3 0 2005

| United States District Court | District OF COLUMBIA |
|---|---|
| Name (under which you were convicted): Darryl A. Carter | Docket or Case No.: CR-04-155 |
| Place of Confinement: U.S.P. Atlanta, P.O. Box 150160 | Prisoner No.: 11844-016 |
| UNITED STATES OF AMERICA v. Darryl A. Carter | Movant (include name under which you were convicted) |

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court, Washington, D.C.

   CASE NUMBER 1:05CV01402
   JUDGE: Gladys Kessler
   DECK TYPE: Habeas Corpus/2255
   DATE STAMP: 07/14/2005

   (b) Criminal docket or case number (if you know): Cr-04-1

2. (a) Date of the judgment of conviction (if you know): Septe

   (b) Date of sentencing: September 14, 2004

3. Length of sentence: 160 months plus 120 months consecutive

4. Nature of crime (all counts):
   18 U.S.C., Sections 1951 and 924(c)

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒